Matthew P. Bergman, WABA # 20894
David Corliss, WSBA #53648
BERGMAN DRAPER OSLUND, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:    (206) 957-9549
E-Mail: matt@bergmanlegal.com
        david@bergmanlegal.com
Counsel for Plaintiff

HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROSALIE MARCUS, Individually and as Personal Representative for the Estate of MURRAY MARCUS,<br><br>Plaintiff,<br><br>v.<br><br>TH AGRICULTURE & NUTRITION, L.L.C. ASBESTOS PERSONAL INJURY TRUST,<br><br>Defendant. | NO. 2:18-cv-01686-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party. All dates and schedules previously set in the above-entitled matter may be stricken and the matter may be terminated in its entirely.

Stipulated to and presented on this 18th day of December, 2018.

Respectfully submitted,

| Attorneys for Plaintiff | Attorney for Defendant |
|---|---|
| BERGMAN DRAPER OSLUND, PLLC | DBS | LAW |
| /s/ Matthew P. Bergman<br>Matthew P. Bergman, WSBA #20894<br>821 2nd Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 957-9510<br>Facsimile: (206) 957-9549<br>Email: matt@bergmanlegal.com<br>Attorney for Plaintiff | /s/ Dominique R. Scalia<br>Dominique R. Scalia, WSBA #47313<br>155 NE 100th Street, Suite 205<br>Seattle, WA 98125<br>Telephone: (206) 489-3802<br>Facsimile: (206) 973-8737<br>Email  dscalia@lawdbs.com<br>Attorney of TH Agriculture & Nutrition LLC |

Based on the Stipulation of the Parties, above, the Court enters the following:

## II. ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED, with prejudice and without an award of costs or fees to any party. All dates and schedules previously set in the above-entitled matter shall be stricken and the matter shall be terminated in its entirely. The Clerk is directed to send copies of this Order to all counsel of record.

DATED, this 18th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

BERGMAN DRAPER OSLUND, PLLC

 /s/ Matthew P. Bergman
Matthew P. Bergman, WSBA #20894
David Corliss, WSBA #53648
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
Email: matt@bergmanlegal.com;
　　　　david@bergmanlegal.com
Attorneys for Plaintiff


DBS | LAW

 /s/ Dominique R. Scalia
Dominique R. Scalia, WSBA #47313
155 NE 100th Street, Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Email   dscalia@lawdbs.com
Attorney of TH Agriculture & Nutrition LLC